IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTOLIGHT LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-364-MN-JLH |
| v. | ) | |
| | ) | |
| CHAUVET & SONS, LLC | ) | |
| f/k/a CHAUVET & SONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the

Court, that the Complaint in this action and all claims by Rotolight are dismissed with prejudice,

with the parties to bear their own attorneys' fees and costs.


O'KELLY & O'ROURKE, LLC

*/s/ Sean T. O'Kelly*

_____
Sean T. O'Kelly (#4349)
Gerard M. O'Rourke (#3265)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiff*


ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*


SO ORDERED this _____ day of _____, 2023.


_____
United States Magistrate Judge