IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTOLIGHT LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-364-MN-JLH |
| v. | ) |
| | ) |
| CHAUVET & SONS, LLC | ) |
| f/k/a CHAUVET & SONS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Complaint in this action and all claims by Rotolight are dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

| | |
|---|---|
| O'KELLY & O'ROURKE, LLC | ASHBY & GEDDES |
| */s/ Sean T. O'Kelly* | */s/ Steven J. Balick* |
| Sean T. O'Kelly (#4349) | Steven J. Balick (#2114) |
| Gerard M. O'Rourke (#3265) | Andrew C. Mayo (#5207) |
| 824 N. Market Street, Suite 1001A | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 778-4000 | Wilmington, DE 19899 |
| sokelly@okorlaw.com | (302) 654-1888 |
| gorourke@okorlaw.com | sbalick@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this 26th day of October 2023.

_____
The Honorable Maryellen Noreika
United States District Judge